The People of the State of Illinois, defendant in error, v. Claude Claunch, plaintiff in error.

Prosecution for violation of liquor law. Defendant convicted. Error to the County Court of Williamson county; the Hon. A. D. Morgan, Judge, presiding. Heard in this court at the October term, 1924. Reversed and remanded. Opinion filed February 9, 1925.

Hal. G. Gallimore, for plaintiff in error. D. L. Duty, State's Attorney, for defendant in error.

Mr. Justice Barry delivered the opinion of the court.